# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ALLEN L. CROOK,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 11-5284 BHS-KLS

REPORT AND RECOMMENDATION

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #25). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand the ALJ will reevaluate the medical source opinions of record, including Dr. Wingate's opinions of 2010. The ALJ will make a de novo determination as to disability, and issue a new decision. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

REPORT AND RECOMMENDATION - 1

| | |
|---|---|
| 1 | Given the fact of the parties' stipulation, the Court recommends that the District Judge |
| 2 | immediately approve this Report and Recommendation and order the case **REVERSED** and |
| 3 | **REMANDED.** A proposed order accompanies this Report and Recommendation. |
| 4 | DATED this 3rd day of October, 2011. |

DATED this 3rd day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2