UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ALLEN L. CROOK, | Civil No. 3:11-CV-05284-BHS-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, released October 2, 2011

DATED this 3rd day of October, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge